IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| MORGAN SAMMONS, § | |
| § | |
| *Plaintiff,* § | |
| § | CIVIL ACTION NO. 1:23-CV-00146 |
| VS. § | JUDGE MICHAEL J. TRUNCALE |
| § | |
| LOVE'S TRAVEL STOPS & COUNTRY § | |
| STORES, INC., § | |
| § | |
| *Defendant.* § | |

### ORDER DISMISSING CASE WITHOUT PREJUDICE

The Court has received the Parties' Joint Status Report regarding the above matter. [Dkt. 17]. The Parties advised the Court of the current status regarding the issues with American Arbitration Association and that they believe that all impediments holding up the progress of the arbitration have been resolved.

It is therefore **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**, with each Party bearing its own attorney's fees and costs.

It is further **ORDERED** that all Court dates and deadlines are hereby **VACATED**, and all pending motions filed herein are **DENIED AS MOOT**.

**SIGNED this 19th day of June, 2024.**

_____
Michael J. Truncale
United States District Judge